UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 28 PM 12: 35

CLERK

BY AL
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. |
| | ) | |
| RICHARD BAILEY, | ) | |
| Defendant. | ) | |

**INDICTMENT** 2:25-cr-86-1

The Grand Jury charges:

### COUNT ONE

On or about June 2, 2025, in the District of Vermont, the defendant, RICHARD BAILEY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Sig Sauer P938 pistol, that had been shipped and transported in interstate commerce.

(18 U.S.C. §§ 922(g)(1), 924(a)(8))

1

## FORFEITURE NOTICE

Upon conviction of the offense alleged in violation of Title 18, United States Code, Section 922(g)(1) set forth above in Count One, RICHARD BAILEY shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to a Sig Sauer P938 pistol and ammunition.

(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

A TRUE BILL

███████████████████

FOREPERSON

*Michael P. Drescher*

MICHAEL P. DRESCHER (by NTB)
Acting United States Attorney
Burlington, Vermont
August 28, 2025